was clear, and presented the questions to be determined in plain and concise language. We think, therefore, the judgment and order appealed from should be affirmed, with costs. Judgment and order affirmed, with costs.

HALL, Respondent, v. HOLLAND HOUSE CO., Appellant. (City Court of New York, General Term. October 23, 1894.) No opinion. Judgment affirmed, with costs, on the opinion of the court below. 30 N. Y. Supp. 263.

HAMILTON COAL CO., Appellant, v. CASEY, Respondent. (Supreme Court, General Term, Fifth Department. June Term, 1894.) Action by the Hamilton Coal Company against James F. Casey, as surviving partner of the firm of Bernhard & Casey. No opinion. Order appealed from affirmed.

In re HARRIOT. (Supreme Court, General Term, First Department. October 12, 1894.) No opinion. Order affirmed, with $10 costs and disbursements.

HARRIS et al., Appellants, v. WYETH et al., Respondents. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by Edward H. Harris and another against Abbie F. Wyeth and another. No opinion. Order of county court of Monroe county appealed from reversed, without costs of this appeal to either party.

HAY, Respondent, v. COLE, Appellant. (Supreme Court, General Term, First Department. October 12, 1894.) Action by Thomas A. Hay against Pamelia B. Cole. J. G. Flammer, for appellant. J. W. McIlhenny, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HECKMAN, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by Eugene Heckman against the city of Buffalo. No opinion. Judgment and order appealed from affirmed. LEWIS, J., not voting.

HITCHCOCK v. PEASLEE et al. (Supreme Court, General Term, First Department. October 12, 1894.) Action by Hiram Hitchcock, as executor, against Fanny M. Peaslee and others. R. H. McGrath, for plaintiff. W. H. Arnoux, for defendants. No opinion. Order affirmed, with $10 costs and disbursements.

HOPKINS et al. v. KENT et al. (Supreme Court, General Term, Second Department. July 27, 1894.) Action by Susan W. Hopkins and others against Sheldon L. Kent and others. No opinion. Judgment affirmed on opinion of special term. Costs to all parties, to be paid out of the estate.

In re HUN et al. (Supreme Court, General Term, Third Department. September 27, 1894.) In the matter of the petition of Marcus T. Hun and others. No opinion. Order affirmed, with $10 costs and printing and other disbursements. See 28 N. Y. Supp. 253.

HUNTER, Appellant, v. HAUPTNER, Respondent. (City Court of New York, General Term. October 23, 1894.) Action by Frank D. Hunter against Oscar Hauptner.

FITZSIMONS, J. The complaint alleges that the defendant and his two sisters, Bertha and Anna, were copartners in business. The defendant's answer denied this allegation. It was the duty of the plaintiff at the trial to prove that issue. There is no testimony on plaintiff's part proving that issue in his favor. The testimony, on the contrary, clearly shows that only Bertha and Anna were copartners. There is nothing in the appeal book showing that the defendant, Oscar Hauptner, ever held himself out to be a copartner of his sisters in their business. Under such circumstances, the complaint against Oscar Hauptner was properly dismissed, and the judgment must be affirmed, with costs.

KATZ, Appellant, v. SCHNAIER, Respondent. (Supreme Court, General Term, First Department. October 12, 1894.) Action by Lydia Katz against Celia Schnaier. G. S. Hastings, for appellant. M. Mayer, for respondent. No opinion. Judgment reversed, with costs.

KUBIE, Respondent, v. MARTENS-TURNER CO., Appellant. (Supreme Court, General Term, First Department. November 16, 1894.) Action by Isaac Kubie against the Martens-Turner Company. Milo J. White, for appellant. M. S. Guiterman, for respondent. No opinion. Judgment affirmed, with costs.

LAMSON CONSOLIDATED STORE-SERVICE CO., Appellant, v. CONYUHAM, Respondent. (Common Pleas of New York City and County, General Term. November 5, 1894.) Action by the Lamson Consolidated Store-Service Company against Michael Conyuham. Wilmer & Canfield, for appellant. Gumbleton & Hottonroth, for respondent.

PER CURIAM. As plaintiff's exhibit is not contained in the return, the appeal must be reheard at the additional general term of this court, to be held December 20, 1894; the return to be amended meanwhile by the addition of said exhibit. See Robinson v. Fincken (handed down herewith) 30 N. Y. Supp. 1134, mem.

LAWRENCE, Respondent, v. NEWELL, Appellant. (Supreme Court, General Term, First Department. November 16, 1894.) Action by Charles H. Lawrence against William A. Newell. No opinion. Order affirmed, with $10 costs and disbursements.

LEBRIGHT v. SCHNEIDER. (City Court of New York, General Term. October 23, 1894.) Action by George Lebright against Frederick C. Schneider. Wilson, Barker & Wilson, for appellant. Grossman & Vorhaus, for respondent.

EHRLICH, C. J. The action was for false imprisonment in causing the plaintiff's arrest without a warrant. The plaintiff was taken before a police magistrate, and held in $300 bail, to await the action of the grand jury. The case was thereafter considered by the grand jury, and dismissed, whereupon the present action was brought. The question of reasonable and probable cause was submitted to the jury, which found for the plaintiff in the sum of $250. The verdict, which is moderate, is amply sustained by the proofs, and, as we find no error, the judgment must be affirmed.

In re LEWIS' WILL. (Supreme Court, General Term, Fifth Department. November 13, 1894.) Proceeding for the probate of the last will and testament of Richard D. Lewis, deceased. No opinion. Memorandum of decision corrected, so as to provide that the costs of the appeal abide the event. See 30 N. Y. Supp. 675.

LICK, Respondent, v. MASTEN et al., Appellants. (Supreme Court, General Term, Fifth Department. October 17, 1894.) Action by Velorous Lick against George J. Masten and another. No opinion. Judgment appealed from affirmed, on default, with costs.

LOCK, Appellant, v. FUNK & WAGNALLS CO., Respondent. (Supreme Court, General Term, First Department. November 16, 1894.) Action by George E. Lock against the Funk & Wagnalls Company. E. H. Murphy, for appellant. G. E. Joseph, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.